NOT FOR PUBLIC VIEW

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

ORIGINAL

FILED

2012 MAR 26 PM 3:36

CLERK US DIS... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
)
Google Inc., Google Legal Investigations Support, )
1600 Amphitheatre Parkway, Mountain View, CA 94043 )
(continued on Attachment A) )

12MJ0882

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   SOUTHERN   District of   CALIFORNIA  
*(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   3-23-12  
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Nita L. Stormes   .
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3-9-12 @ 1:30pm  

_____
Judge's signature

City and state:   San Diego CA  

NITA L. STORMES, U.S. MAGISTRATE JUDGE
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 12MJ0882 | Date and time warrant executed: 03/12/2012 10:03 PST | Copy of warrant and inventory left with: GOOGLE LEGAL INVESTIGATIONS SUPPORT |
| Inventory made in the presence of : N/A. | | |

Inventory of the property taken and name of any person(s) seized:

NO PROPERTY WAS OBTAINED AS GOOGLE LEGAL REFUSED TO PROVIDE THE REQUESTED INFORMATION.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/12/2012

_Executing officer's signature_

JONATHAN R. CUPINA, SPECIAL AGENT
_Printed name and title_